**Order entered June 12, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01498-CR

**JEREMY DEMOND WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75030-M**

## ORDER

Before the Court is appellant's June 10, 2019 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** Deborah Farris and **SUBSTITUTE** Ronald L. Goranson as counsel for appellant. All future correspondence should be sent to Ronald L. Goranson; 3838 Oak Lawn Avenue; Suite 1124; Dallas, Texas 75219; telephone: (214) 651-1122; facsimile: (214) 871-0620; email: rlgatty@aol.com.

Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE